# United States Navy–Marine Corps Court of Criminal Appeals

_____

**UNITED STATES**
Appellee

**v.**

**Andrew J. DELEON**
Sergeant (E-5), U.S. Marine Corps
Appellant

**No. 201800365**

Appeal from the United States Navy-Marine Corps Trial Judiciary

Decided: 25 April 2019.

Military Judge:
Lieutenant Colonel Forrest W. Hoover, USMC.

Sentence adjudged 1 August 2018 by a special court-martial convened at Camp Foster, Okinawa, Japan, consisting of a military judge sitting alone. Sentence approved by convening authority: confinement for 8 months, and a bad-conduct discharge.

For Appellant:
_Lieutenant R. Andrew Austria, JAGC, USN._

For Appellee:
_Brian K. Keller, Esq._

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

Before HUTCHISON, LAWRENCE, and STEPHENS
_Appellate Military Judges._

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court